CLERK'S OFFICE
A TRUE COPY
Dec 15, 2025
s/ MMK
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>USPS Priority Mail parcel 9505506566115340251607 | Case No. 25 MJ 224 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the __Eastern__ District of __Wisconsin__
*(identify the person or describe the property to be searched and give its location)*:

USPS Priority Mail parcel 9505506566115340251607 ("SUBJECT PARCEL"). SUBJECT PARCEL is approximately a 11" x 11" x 11" USPS parcel weighing approximately 8 lbs. 14 oz. The shipping label for SUBJECT PARCEL indicates it is from "323 Women Boutique 2725 Stonegate Ct Midlothian, VA 23113". SUBJECT PARCEL bears a handwritten label addressed to "Sophia Minfield 2513 N 55th Street Milwaukee Wisconsin 53210". SUBJECT PARCEL was postmarked on December 6, 2025, in Los Angeles, California 90009 at approximately 3:09 p.m. The postage paid was $45.65.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

A controlled substance, fruits of crime, or other evidence of distribution of a controlled substance, and unlawful use of a communication facility, in violation of 21 U.S.C. §§ 841(a)(1), 843(b), and 846.

**YOU ARE COMMANDED** to execute this warrant on or before __12/29/2025__ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.  ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Honorable William E. Duffin__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of ____.

Date and time issued: __12/15/2025 at 2:45 p.m.__

*Judge's signature:* William E. Duffin

City and state: __Milwaukee, Wisconsin__  Honorable William E. Duffin, U.S. Magistrate Judge
*Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.:<br>4582697pmn | Date and time warrant executed:<br>December 15, 2025 3:00pm | Copy of warrant and inventory left with:<br>USPIS |
| Inventory made in the presence of :<br>TFO Chris Navarrette | | |
| Inventory of the property taken and name(s) of any person(s) seized:<br><br>5.9 lbs marijuana | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: December 17, 2025

*Executing officer's signature*

TFO Christopher Conway
*Printed name and title*